# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

NICKOLAS B.,

                                                    Civil No. 25-3499 (JRT/JFD)

                    Plaintiff,

v.

                                                    **ORDER**

FRANK BISIGNANO*, Commissioner of Social Security*,

                    Defendant.

---

Edward C. Olson, **REITAN LAW OFFICE**, 80 South Eighth Street, Suite 900, Minneapolis, MN 55402; and Meredith E. Marcus, **OSTERHOUT BERGER DALEY**, 4256 North Ravenswood Avenue, Suite 104, Chicago, IL 60612, for Plaintiff.

Ana H. Voss, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415; and James D. Sides and Jennifer J. Selby, **SOCIAL SECURITY ADMINITRATION**, Office of the General Counsel, 6401 Security Boulevard, Baltimore, MD 21235, for Defendant.

Plaintiff moves for Attorneys' Fees under the Equal Access to Justice Act ("EAJA"). (Docket+ No. 25.)  The Commissioner does not oppose the requested relief.  (Docket No. 29.)  The motion will, accordingly, be granted.

## ORDER

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorneys' Fees under the Equal Access to Justice Act (Docket No. [25]) is **GRANTED**.

Plaintiff shall be awarded attorney fees in the amount of FOUR THOUSAND SEVEN HUNDRED AND SEVENTY-ONE DOLLARS AND SEVENTY-FOUR CENTS ($4,771.74).  The award shall fully and completely satisfy any and all claims for fees, costs, and/or expenses that may have been payable to Plaintiff in this matter pursuant to the EAJA.

In accordance with *Astrue v. Ratliff*, any award of EAJA attorneys' fees must be made payable to Plaintiff as the prevailing party and can be offset to satisfy certain preexisting debts that the litigant owes to the United States.  560 U.S. 586 (2010); *see also* 31 U.S.C. §§ 3701(b), 3711, 3716.


DATED:  June 25, 2026                                   _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                                    JOHN R. TUNHEIM
                                                        United States District Judge